# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

LAWRENCE M. BOKER,

    Plaintiff,

v.                                               Case No. 3:18-cv-2384-RV/MJF

P. NOLES, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 30, 2019 (ECF No. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to pay the initial partial filing fee and failure to comply with two court orders.

3. The clerk of court shall close the case file.

**DONE AND ORDERED** this 2nd day of October, 2019.

                            s/ *Roger Vinson*
                            **ROGER VINSON**
                            **SENIOR UNITED STATES DISTRICT JUDGE**